IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SECREASE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JAMES WALKER, WARDEN, California State Prison-Sacramento,<br><br>　　　　Respondent.<br>　　　　　　　　　　　　　　　　　／ | No. C 04-00765 CRB<br><br>**ORDER TRANSFERRING PETITION** |

　　　Petitioner's motion to transfer his habeas proceeding to the United States District Court for the Eastern District of California, where venue is proper, is GRANTED.

　　　**IT IS SO ORDERED.**

Dated: Jan. 23, 2009

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\0765\orderretransfer.wpd