IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHANNON SECREASE,** | 2:09-cv-0299 JFM (HC) |
| Petitioner, | **ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE ANSWER** |
| v. | |
| **JAMES WALKER**, Warden | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED that respondent's March 23, 2009 request for extension is granted; respondent is granted an enlargement of time, to and including May 22, 2009, to file an answer to the petition for writ of habeas corpus.

DATED:  March 27, 2009.

*[signature]*

UNITED STATES MAGISTRATE JUDGE

/001; secr0299.eot