IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHANNON SECREASE,

    Petitioner,               2: 09 - cv - 299 JAM TJB

    vs.

JAMES WALKER,

    Respondent.           <u>ORDER</u>

_____/

    Petitioner Shannon Secrease is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Additional documents cited but not provided by Petitioner in his amended habeas petition are likely necessary to fully address Petitioner's claims. Petitioner failed to attach a copy of his December 6, 2007 state habeas petition to the California Supreme Court. Additionally, Petitioner included excerpts from and portions of the voir dire transcript in his amended federal habeas petition and cited to the transcript, but failed to include relevant portions thereof. (<u>See</u>, <u>e.g.</u>, Pet'r's Am. Pet. at p. 72 n. 10.)

    Accordingly, IT IS HEREBY ORDERED that:

    1.    Petitioner shall file a copy of his December 6, 2007 state habeas petition which he filed in the California Supreme Court within fourteen (14) days of the date of this

1

Order; and

2. Petitioner shall file a copy of the entire voir dire transcript within fourteen (14) days of the date of this Order.

DATED: April 25, 2011

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE