IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHANNON SECREASE,

  Petitioner,     2: 09 - cv - 299 JAM TJB

 vs.

JAMES WALKER,

  Respondent.    <u>ORDER</u>

_____/

  Petitioner Shannon Secrease is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 11, 2011, Petitioner requested an additional fourteen (14) days to respond to the April 26, 2011 Order requesting documents cited in Petitioner's amended federal habeas petition, specifically the voir dire transcript and the December 6, 2007 state habeas petition filed in the California Supreme Court. Based upon the representations made and only for this request, it is determined that good cause has been shown, and the request is granted.

  Accordingly, IT IS HEREBY ORDERED that:

  1. Petitioner's motion filed May 11, 2011 for a fourteen (14) day extension of time to file the requested documents is GRANTED.

  2. Petitioner shall file the documents requested on or before May 25, 2011. Should

1

1    Petitioner be unable to locate the requested documents, Petitioner shall so inform
2    the Court on or before May 25, 2011.
3 DATED: May 16, 2011

_____
TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE