IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHANNON SECREASE,

    Petitioner,                      2: 09 - cv - 299 JAM TJB

   vs.

JAMES WALKER,

    Respondent.                   <u>ORDER TO SHOW CAUSE</u>

_____/

     Petitioner Shannon Secrease is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 26, 2011 Petitioner was ordered to file documents that he specifically refers to and cites to in his amended federal habeas petition. Petitioner refers to the December 6, 2007 state habeas petition filed in the California Supreme Court as well as specifically cites to portions of the voir dire transcript that were not attached as exhibits by either party. On May 25, 2011, Petitioner requested an additional fourteen days to comply with the April 26, 2011 Order. The request explained that Petitioner had a copy of the December 6, 2007 state habeas petition and that he would file it shortly. Petitioner's counsel also stated that he had ordered the docket from a state case that may contain the voir dire transcript. Petitioner stated that the docket from that case would be available on May 31, 2011. Petitioner's request for an extension of time to comply with the April 26, 2011

1

order was granted and Petitioner was given until June 8, 2011. To date, Petitioner has not filed the documents requested in the April 26, 2011 production order nor has he shown cause that the documents are unavailable.

Accordingly, IT IS HEREBY ORDERED that Petitioner comply with the April 26, 2011 production order or show cause that the documents requested are unavailable by June 20, 2011.

DATED: June 14, 2011

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE

2