IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHANNON SECREASE,

    Petitioner,                   2: 09 - cv - 299 JAM TJB

    vs.

JAMES WALKER,

    Respondent.             <u>ORDER</u>

_____/

     Petitioner Shannon Secrease is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 25, 2011, Respondent was ordered to file a copy of the May 28, 1998 <u>Marsden</u> hearing transcript. On February 10, 2011, Respondent responded to the January 25, 2011 order stating that the May 28, 1998 hearing transcript would be transmitted to the court by the court reporter who transcribed the proceedings. On February 14, 2011, the May 28, 1998 hearing transcript was received.

     Accordingly, IT IS HEREBY ORDERED that:

1.     The parties shall have until July 8, 2011 to file a motion to file under seal the May 28, 1998 transcript pursuant to Local Rule 141 should either party deem a motion to file the transcript under seal necessary; and

2.     Should neither party file a motion to file the May 28, 1998 hearing transcript

1

1 under seal by July 8, 2011, the hearing transcript will be filed as an unsealed
2 exhibit.
3 DATED: June 27, 2011

_____
TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE

2