IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHANNON SECREASE,

    Petitioner,                    2: 09 - cv - 299 JAM TJB

    vs.

JAMES WALKER,

    Respondent.                ORDER

_____/

    Petitioner Shannon Secrease is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In its February 21, 2001 opinion, the California Court of Appeal vacated Petitioner's sentence and remanded the matter back to the trial court for resentencing. Subsequently, after Petitioner was resentenced Petitioner filed another appeal. The California Court of Appeal affirmed on December 11, 2002. See People v. Secrease, No. A097806, 2002 WL 31769077 (Cal. Ct. App. Dec. 11, 2002). Petitioner then filed a petition for review to the California Supreme Court on January 21, 2003, case number S112979. That court denied the petition for review on February 25, 2003. (See Pet'r's Am. Pet. Ex C.) To date, Respondent has not filed copies of Petitioner's briefs that he filed to the California Court of Appeal in case number A097806 or to the California Supreme Court in his petition for review in case number S112979.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Respondent shall file copies of Petitioner's briefs that he filed to the California Court of Appeal in case number A097806 and to the California Supreme Court in his petition for review in case number S112979 on or before July 5, 2011.

DATED: June 27, 2011

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE